UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:

WILLIAM LACKLAND & LATARSHA OLMETTI,

Debtor.

16-36703

Chapter 13

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on October 19, 2020, at 1:30 p.m., I will appear before the Honorable Judge David D. Cleary, or any judge sitting in that judge's place, and present the Motion to Authorize Closure of Bankruptcy Case, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 122 6457 and the password is Cleary644. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: _____
Daniel R. Kolodziej
DALEY & GEORGES
20 S. Clark St., Ste. 400
Chicago, IL 60603
(312) 861-0808

## CERTIFICATE OF SERVICE

I, Lauren Eaves, declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on October 6, 2020, at 5:00 p.m.

_____
Lauren Eaves

**SERVICE LIST**

## SERVICE LIST

Mr. David Newman
Adastra Recovery Services, Inc.
7330 W. 33rd St., N.
Wichita, KS 67205

Mr. Randall Stephenson
AT&T
208 S. Alcard
Dallas, TX 75202

James M. Johnson, M.D.
Chicago Central EP LLP
75 Remit Dr., #3274
Chicago, IL 60675

Ms. Ericka Jefferson
City of Chicago Department of Finance
c/o Arnold Scott Harris
111 W. Jackson, Ste. 600
Chicago, IL 60604

City of Chicago EMS
33589 Treasury Center
Chicago, IL 60604

Mr. Brian Roberts
Comcast
One Comcast Center
Philadelphia, PA 19103

ComEd
3 Lincoln Center
Attn: Bankruptcy Group – Claims Department
Oakbrook Terrance, IL 60181

Mr. Thomas Stockton
Credit Management LP
4200 International Pkwy.
Carrollton, TX 75007

Mr. Michael White
DirecTV
P.O. Box 6550
Greenwood Village, CO 80155-6550

Mr. Charlie Ergen
Dish Network
9601 S. Meridian
Englewood, CO 80112

Ms. Barbara Erickson
IC System
444 Highway 96 East
P.O. Box 64378
St. Paul, MN 55164-0378

Mr. James Dimon
JP Morgan Chase Bank
290 Park Ave.
New York, NY 10017

Maria Gabriela Fernandez
Midwest Title Loans
3440 Preston Ridge Rd., #500
Alpharetta, GA 30005

Mr. Marc Ramirez
Niizhwaaswi, LLC dba LoanAtLast
P.O. Box 1193
Lac Du Flambeau, WI 54538

Mr. Willard Evans, Jr.
Peoples Energy
200 E. Randolph
Chicago, IL 60601

Mr. Michael Dandorph
Rush University Medical Center
1653 W. Congress Parkway
Chicago, IL 60612

Mr. Marcelo Claure
Sprint Corp.
6200 Sprint Pkwy.
Overland Park, KS 66251

Mr. John Light
Sun Cash
1603 E. 19th St., #220
Edmond, OK 73013

Mr. Mike Pedersen
TD Bank USA
1901 Route 70 East
Cherry Hill, NJ 08034

Mr. Robert Semrad
The Semrad Law Firm
20 S. Clark, 28th Flr.
Chicago, IL 60603

Avijit Ghosh
University of Illinois Hospital
P.O. Box 12199
Chicago, IL 60612

Mr. Robert DeCresce
University Pathologists
5700 Southwyck Blvd.
Toledo, OH 43614

Mr. Richard Davis
US Bank
425 Walnut
Cincinnati, OH 45202

Ms. Marilyn O. Marshall
224 S. Michigan, #800
Chicago, IL 60604

U.S. Trustee Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Rm. 873
Chicago, IL 60604

Mr. William Lackland
5529 W. Congress Parkway
Second Floor
Chicago, IL 60644

Ms. Latarsha Olmetti
5529 W. Congress Parkway
Second Floor
Chicago, IL 60644

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

WILLIAM LACKLAND & LATARSHA OLMETTI,

Debtors.

No. 16-36703

CHAPTER 13

### MOTION TO AUTHORIZE CLOSURE OF BANKRUPTCY CASE

NOW COMES the Debtors, WILLIAM LACKAND & LATARSHA OLMETTI, by and through their attorneys, DALEY & GEORGES, and in support of their Motion to Authorize Closure of Bankruptcy Case, state as follows:

1. The Debtors filed a Chapter 13 Bankruptcy Petition on November 17, 2016;
2. On February 13, 2017 the Debtors Chapter 13 plan was approved. The plan called for 36 payments of $157 for a total payment amount of $5,652;
3. The Debtors made payments in that plan from December 29, 2016 through January 24, 2020 totaling $6,751;
4. On April 2, 2020, Debtors filed proof of completion of their Debtors Education course;
5. While Debtors are not eligible for a discharge, they have satisfied all of the obligations of their plan, and their bankruptcy case should be closed.

WHEREFORE, the Debtors, WILLIAM LACKLAND and LATARSHA OLMETTI, respectfully request this Honorable Court To Authorize Closure of their Bankruptcy Case and for such other relief as under the premises may be just.

Respectfully submitted,

DALEY & GEORGES

By: _____
Daniel R. Kolodziej, one of the Attorneys for Debtors

Daniel R. Kolodziej
DALEY & GEORGES, Attorneys for Debtor
20 S. Clark, #400, Chicago, IL 60603
(312) 861-0808